ACCEPTED
03-15-00231-CR
5719292
THIRD COURT OF APPEALS
AUSTIN, TEXAS
6/17/2015 4:22:43 PM
JEFFREY D. KYLE
CLERK

**CAUSE NO. 03-15-00231-CR**

_____

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
6/17/2015 4:22:43 PM
JEFFREY D. KYLE
Clerk

## IN THE COURT OF APPEALS
## FOR THE THIRD DISTRICT OF TEXAS
## AUSTIN DIVISION

_____

| | |
|---|---|
| **JONATHAN LEE FEHR** | § |
| | § |
| **v.** | § |
| | § |
| **STATE OF TEXAS** | § |

_____

## APPELLANT'S FIRST MOTION TO EXTEND
## TIME TO FILE APPELLANT'S BRIEF

_____

**Justin Bradford Smith**
**Texas Bar No. 24072348**
**Harrell, Stoebner, & Russell, P.C.**
**2106 Bird Creek Drive**
**Temple, Texas 76502**
**Phone: (254) 771-1855**
**FAX: (254) 771-2082**
**Email:  justin@templelawoffice.com**

**ATTORNEY FOR APPELLANT**

TO THE HONORABLE COURT OF APPEALS:

COMES NOW, Appellant, JONTHAN LEE FEHR, who files this First Motion for Extension of Time to File Appellant's Brief, and shows unto the Court as follows:

## I.

Appellant's brief is due on or before June 18, 2015.

## II.

Appellant seeks an additional thirty (30) days to file her brief, which should make his brief due on or before July 20, 2015 (actual deadline falls on Saturday, July 18, 2015).

## III.

Facts relied on to reasonably explain the need for an extension include the following:

1. Work related to assisting person in need of pro bono appellate attorney in *Sandra Kay Hargrove v. Gary M. Hargrove*; Trial Court Cause No. 186,223-A. Work includes pro bono advice to potential appellant, assisting trial attorney with fulfilling her duties/advice as to how to proceed, contacting coordinator of

Third Court of Appeals' pro bono program, and related legal research. Work performed on May 20, 2015 and May 22, 2015.

2. Work related to drafting brief, etc. on the capital murder appeal *Sherill Small v. Texas*; 14-15-00039-CR, in the 14th Court of Appeals. Work performed frequently if not almost daily: the record is unusually lengthy (23 volumes for the Reporter's Record, and three Clerk's Records), and Appellant's counsel is on his third extension. Moreover, there is a need for an appendix due to the volume of the exhibits and the fact that they are not Bates-stamped, which has significantly increased the work.

3. Extensive work in drafting detailed answer and performing related research in *Tax Appraisal District of Bell County v. Froderman, et al*; Cause No. 233,827-C; 169th District Court of Bell County. Work performed on June 8, 2015 and June 9, 2015. Attend court for hearing on June 10, 2015 (hearing pushed by agreement).

4. File docketing statements on June 2, 2015 in two court-appointed appeals, *Raymond Ross Mormino, II v. State*, 10-15-

00167-CR, and *Raymond Ross Mormino, II*, 10-15-00173-CR, both in the Tenth Court of Appeals.

5. Draft and file Notice of Past Due Findings of Fact and Conclusions of Law and related correspondence on June 11, 2015 in *In re: C.P.*, Cause No. 03-15-00276-CV, in the Third Court of Appeals.

6. Initial Work requesting reporter's record and clerk's record, requesting and reviewing documents, etc. for new court-appointed appeal, *Terri Regina Lang v. State*, Cause Number not yet assigned (Trial Court Cause No. 42,185; Burnet County), Third Court of Appeals. Work performed on May 26, 2015 and May 28, 2015. File Docketing Statement on June 11, 2015.

7. Review of court appointment and initial request for documents for new court-appointed appeal in *State of Texas v. Fernando Smith*; Trial Court Cause No. 20141-ap, on May 29, 2015, and perform work related to applying for community supervision for client (performed on June 17, 2015), as well as draft and submit for filing Notice of Appeal, Motion for New Trial,

Request for Reporter's Record, Request for Clerk's Record (on June 12, 2015).

8.    Overview of opinion in *T.M. v. Department of Family and Protective Services*, Cause No. 03-14-00784-CV (opinion issued on May 21, 2015), on which Appellant's counsel is the appellate attorney for T.M., and contact with client regarding right to file petition for review with Texas Supreme Court. Has engendered greater work than necessary due to confusion over scope of appointment; specifically: Appellant's counsel was court-appointed to represent T.M., but the scope of his appointment through the court's order did not explicitly state he is appointed only to represent T.M. on a direct appeal to the intermediate court of appeals. The clerk of the Texas Supreme Court advised Appellant's counsel to obtain written clarification from the trial court as to the scope of his appointment to ensure that T.M., who is seeking representation through the Texas Supreme Court's pro bono program, is qualified for that program because Appellant's counsel is not appointed to represent him before the Texas Supreme Court.

Appellant's counsel obtained this written clarification from the trial court, stating in essence that the scope of his appointment did not include the Texas Supreme Court. The clerk of the Texas Supreme Court advised Appellant's counsel to assist T.M. with requesting more time to file his petition for review with the Texas Supreme Court, which Appellant's counsel did by sending a detailed letter giving deadlines, enclosing the form, etc. on or around June 5, 2015.

9. Initial request of documents from clerk, and related work, for *The State of Texas v. Santos Salinas*; Cause No. 42,622; 424th District Court of Burnet County, Texas. (Work performed on June 12, 2015 and June 15, 2015).

10. Work related to filing answer and initial strategy for *10th Street and Avenue M Church of Christ, Inc. v. Church of Christ at Sammons Park, Inc.*, Cause No. 277,425-B; 146th District Court; Bell County, Texas. Relevant work performed on May 19, 2015; May 26, 2015; May 28, 2015; May 29, 2015. Settlement discussions on June 2, 2015.

11. Perform research and draft document for use in motion for new trial or related pleading (work performed on May 21, 2015; May 22, 2015; May 26, 2015; May 29, 2015) in *In re: B.M.W., A Child*; Cause No. 231,743-B; 146th District Court, Bell County, Texas. Draft and file motion for alternative judgment/motion for new trial, and notice of past due findings of fact and conclusions of law, on June 4, 2015, and serve on judge and counsel with letter.

12. Hearing on Motion to Modify Judgment on May 20, 2015 in Suit in *PJC Air Conditioning & Plumbing, LLC v. Sherburne*; Cause No. 11-2015-S-0006504, in the Justice of the Peace Court, Precinct 1, Bell County, Texas.

13. Hearing on Non-Judicial Foreclosure on May 29, 2015 in *21st Century Mortgage Corporation v. Thomas Walker, et al*; Cause No. 271,117-B; 146th District Court, Bell County, Texas.

14. Work related to obtaining, by deeds, defendants' interest in certain property the subject of a partition suit styled *Thomasine Sanguedolce v. Kristi Bunge, et al*; Cause No. 275,812-C; 169th District Court; Bell County, Texas. Work performed on May

21, 2015 and May 22, 2015. Also work so that defendants can be served, performed on May 19, 2015.

15. Work related to adverse Medicaid administrative review decision. Appeal ID: 1704708; Case No. 101769963. Relevant work performed on May 19, 2015; May 20, 2015.

16. Time lost due to Appellant's office being closed for Memorial Day on May 25, 2015.

17. Time lost for an eye examination appointment on the morning of May 27, 2015.

18. Miscellaneous work on cases, such as doing demand letters or responses to the same. One such letter required extensive research into Texas homestead law in part due to the unusual fact pattern (relevant work performed May 19, 2015; May 21, 2015; May 22, 2015; May 26, 2015).

## IV.

No previous extensions have been requested and granted in this matter.

## **PRAYER**

WHEREFORE, PREMISES CONSIDERED, Appellant asks this Court to extend his time for filing his brief to thirty (30) days from the date his brief is currently due.

Respectfully submitted:


/s/ Justin Bradford Smith
Justin Bradford Smith
Texas Bar No. 24072348

Harrell, Stoebner, & Russell, P.C.
2106 Bird Creek Drive
Temple, Texas 76502
Phone: (254) 771-1855
FAX: (254) 771-2082
Email:  justin@templelawoffice.com

ATTORNEY FOR APPELLANT

## CERTIFICATE OF SERVICE

I hereby certify that, on June 17, 2015, a true and correct copy of the Appellant's First Motion to Extend Time to File Appellant's Brief was provided to counsel via the method indicated below:

Llano County District Attorney
c/o Gary W. Bunyard
P.O. Box 725
Llano, Texas 78643
Fax: 325-247-5274
Email: g.bunyard@co.llano.tx.us
**VIA ESERVICE**
  *Attorneys for State of Texas*

/s/ Justin Bradford Smith
Justin Bradford Smith